No. 66303.—Hybern, Inc., DBA The Akron et al. *v.* United States, protests 59/9803, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.